| | |
|---|---|
| 1 | TIMOTHY COURCHAINE |
| | United States Attorney |
| 2 | District of Arizona |
| | JULIE A. SOTTOSANTI |
| 3 | Assistant U.S. Attorneys |
| | United States Courthouse |
| 4 | 405 W. Congress Street, Suite 4800 |
| | Tucson, Arizona 85701 |
| 5 | Telephone: 520-620-7300 |
| | Email: julie.sottosanti@usdoj.gov |
| 6 | Attorneys for Plaintiff |

FILED
2026 FEB 11 PM 3:55
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR26-00600 TUC-JCH(BGM)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

　　　　　　Plaintiff,

　vs.

Arthur Lee Kuhn, -001
(Counts 1, 7-19)

Kirsten Kendra Fox, -002
(Counts 1-6, 15-19)

Reid Kyle Mortensen, -003
(Count 1)

　　　　　　Defendants.

**I N D I C T M E N T**

VIO: 18 U.S.C. §§ 933(a)(3) and (b)
(Conspiracy to Commit Trafficking in Firearms)
Count 1

18 U.S.C. 933(a)(1) and (b)
(Trafficking in Firearms)
Counts 2-6

18 U.S.C. 933(a)(2) and (b)
(Trafficking in Firearms)
Counts 7-11

18 U.S.C. §§ 922(g)(1) and 924(a)(8)
(Possession of a Firearm by a Convicted Felon)
Counts 12-14

18 U.S.C. §§ 922(a)(6), 924(a)(2), and 2(a)
(Making a False Statement in Connection with Acquisition of a Firearm; Aiding and Abetting)
Counts 15-19

**THE GRAND JURY CHARGES**:

<u>COUNT 1</u>

From a date unknown through February 2025, in the District of Arizona, defendants

KIRSTEN KENDRA FOX, ARTHUR LEE KUHN and REID KYLE MORTENSEN did conspire to transport, transfer, cause to be transported and otherwise dispose of firearms to another person, in or otherwise affecting interstate or foreign commerce, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g), Ariz. Rev. Stat. § 13-3102 and 18 U.S.C. 922(a)(1)(A).

All in violation of Title 18, United States Code, Sections 933(a)(3) and (b).

## COUNT 2

On or about November 25, 2024, in the District of Arizona, defendant KIRSTEN KENDRA FOX transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearm listed in Count 19 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 3

On or about December 14, 2024, in the District of Arizona, defendant KIRSTEN KENDRA FOX transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearm listed in Count 17 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 4

On or about December 19, 2024, in the District of Arizona, defendant KIRSTEN KENDRA FOX transported, transferred, caused to be transported, and otherwise disposed

of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 18 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 5

On or about January 15, 2025, in the District of Arizona, defendant KIRSTEN KENDRA FOX transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 16 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 6

On or about January 31, 2025, in the District of Arizona, defendant KIRSTEN KENDRA FOX transported, transferred, caused to be transported, and otherwise disposed of firearms to another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 15 of the Indictment, knowing or having reasonable cause to believe that the possession of a firearm by the recipient would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

## COUNT 7

On or about November 25, 2024, in the District of Arizona, defendant ARTHUR LEE KUHN received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 19 of the Indictment, knowing

or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

### COUNT 8

On or about December 14, 2024, in the District of Arizona, defendant ARTHUR LEE KUHN received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 17 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

### COUNT 9

On or about December 19, 2024, in the District of Arizona, defendant ARTHUR LEE KUHN received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 18 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

### COUNT 10

On or about January 15, 2025, in the District of Arizona, defendant ARTHUR LEE KUHN received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 16 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

## COUNT 11

On or about January 31, 2025, in the District of Arizona, defendant ARTHUR LEE KUHN received firearms from another person, in or otherwise affecting interstate or foreign commerce, specifically the firearms listed in Count 15 of the Indictment, knowing or having reasonable cause to believe that such receipt would constitute a felony, to wit: 18 U.S.C. § 922(g) and Ariz. Rev. Stat. § 13-3102.

All in violation of Title 18, United States Code, Sections 933(a)(2) and (b).

## COUNT 12

On or about November 25, 2024 through December 14, 2024, in the District of Arizona, Defendant ARTHUR LEE KUN, did knowingly possess, in and affecting interstate commerce, a firearm and ammunition, to wit: the firearm listed in Count 19 of the Indictment, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 13

On or about December 14, 2024, in the District of Arizona, Defendant ARTHUR LEE KUN, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: the firearm listed in Count 17 of the Indictment, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT 14

On or about January 16, 2025, in the District of Arizona, Defendant ARTHUR LEE KUN, did knowingly possess, in and affecting interstate commerce, a firearm, to wit: the firearm listed in Count 16 of the Indictment, knowing that he had been convicted of a crime punishable by a term of imprisonment exceeding one year.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNTS 15-19

On or about the dates listed below, in the District of Arizona, defendants, ARTHUR LEE KUHN and KIRSTEN KENDRA FOX, in connection with the acquisition of firearms, knowingly made false statements and representations to the businesses listed below, which were intended and likely to deceive the business as to a fact material to the lawfulness of a sale of a firearm by the business, each of which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of each business listed below, in that the defendant KIRSTEN KENDRA FOX, in connection with the purchase of each of the firearms listed below, stated that she was the actual transferee/buyer of the firearm, whereas in truth and fact, she was knowingly acquiring the firearms on behalf of Defendant ARTHUR LEE KUHN; and defendant ARTHUR LEE KUHN aided, abetted, counseled, commanded, induced, and procured such false and fictitious statements:

| Count | Date | Firearm | FFL |
|---|---|---|---|
| 15 | 1/31/25 | Anderson manufacturing model AM15 5.56 caliber serial number 14147971 | USA Pawn and Jewelry |
| 16 | 1/15/25 | Glock model 17 pistol 9mm serial number BEYH619 | USA Pawn and Jewelry |
| 17 | 12/14/24 | Glock model 23 pistol .40 serial number BEDD531 | USA Pawn and Jewelry |
| 18 | 12/19/24 | Glock model 23 gen 5 pistol .40 serial number BTSN892 | USA Pawn and Jewelry |
| 19 | 11/25/24 | Charter Arms model The Pink Lady revolver .38 SPL caliber serial number 23L03344 | USA Pawn and Jewelry |

*United States of America v. Arthur Lee Kuhn, et al.*
*Indictment Page 6 of 7*

In violation of Title 18, United States Code, Sections 2(a), 922(a)(6) and 924(a)(2).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: February 11, 2026

REDACTED FOR PUBLIC DISCLOSURE

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

/s/
JULIE A. SOTTOSANTI
Assistant U.S. Attorney